United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

IN RE:                                                        BCN#:      18-36375-KLP

GRANVILLE LEROY GREEN

          Debtor(s)                                         Chapter     7

GRANVILLE LEROY GREEN

          Debtor(s)                                         **RESPONSE TO TRUSTEE'S**
v.                                                                          **MOTION TO SELL REAL**
                                                                         **PROPERTY**

Wells Fargo Bank, NA
and its assignees and/or
successors in interests,
        Respondent/Secured Creditor

and

ROY M. TERRY, JR.

          Respondent/Trustee

Gregory N. Britto, Esquire
VSB #23476
William M. Savage, Esquire
VSB #26155
Malcolm B. Savage, III, Esquire
VSB #91050
Thomas J. Gartner, Esquire
VSB #79340
Mary F. Balthasar Lake, Esquire
VSB #34899
Renee Dyson, Esquire
VSB #93282
SHAPIRO & BROWN, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800
18-272477

Comes now Wells Fargo Bank, NA, by Counsel, and for its response to the Trustee's Motion to Authorize Private Sale of Real Property of the Estate Pursuant to 11 U.S.C. § 363 states as follows:

1. That Wells Fargo Bank, NA holds a first priority deed of trust secured by real property located at 9123 Colonnade Circle, Ashland, VA 23005.

2. That Wells Fargo Bank, NA consents to the sale of the real property located at 9123 Colonnade Circle, Ashland, VA 23005, which is secured by a deed of trust held by Wells Fargo Bank, NA, provided that there are sufficient proceeds to pay its underlying note and deed of trust in full through settlement.

3. Further, that Wells Fargo Bank, NA requests that all proceeds from the sale of the property be used to pay Wells Fargo Bank, NA in full, including its outstanding fees and costs due and owing at the date of settlement. Nothing contained herein shall prevent the Secured Creditor from proceeding to foreclosure upon obtaining relief from the Automatic Stay.

4. To the extent that the proceeds of the sale are insufficient to pay its underlying note and deed of trust in full including its fees and costs at settlement, then Wells Fargo Bank, NA is opposed to the Motion to Sell Real Property.

Gregory N. Britto, Esquire
VSB #23476
William M. Savage, Esquire
VSB #26155
Malcolm B. Savage, III, Esquire
VSB #91050
Thomas J. Gartner, Esquire
VSB #79340
Mary F. Balthasar Lake, Esquire
VSB #34899
Renee Dyson, Esquire
VSB #93282
SHAPIRO & BROWN, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800
18-272477

Dated: 05/20/2019

          SHAPIRO & BROWN, LLP

          Attorneys for Wells Fargo Bank, NA

          <u>By: /s/ Mary F. Balthasar Lake</u>
          Gregory N. Britto, Esquire
          Renee Dyson, Esquire
          Malcolm B. Savage, III, Esquire
          William M. Savage, Esquire
          Thomas J. Gartner, Esquire
          Mary F. Balthasar Lake, Esquire
          Counsel for Movant

Gregory N. Britto, Esquire
VSB #23476
William M. Savage, Esquire
VSB #26155
Malcolm B. Savage, III, Esquire
VSB #91050
Thomas J. Gartner, Esquire
VSB #79340
Mary F. Balthasar Lake, Esquire
VSB #34899
Renee Dyson, Esquire
VSB #93282
SHAPIRO & BROWN, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800
18-272477

CERTIFICATE OF SERVICE

I certify that I have mailed true copies of the above mentioned response to Debtor's motion to sell real property by electronic or first class mail, postage pre-paid on the 20th. day of May, 2019 to the following:

| | |
|---|---|
| Granville LeRoy Green<br>6289 Indian Trial Court<br>Mechanicsville, VA 23111 | - Debtor(s) |
| ROY M. TERRY, JR.<br>P.O. BOX 2188<br>RICHMOND, VA 23218-2188 | - Trustee |
| Genene E. Gardner<br>The Merna Law Group<br>3419 Virginia Beach Blvd., #236<br>Virginia Beach, VA 23452 | - Debtors' Attorney |

/s/ Mary F. Balthasar Lake
_____
Gregory N. Britto, Esquire
Renee Dyson, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Thomas J. Gartner, Esquire
Mary F. Balthasar Lake, Esquire

Gregory N. Britto, Esquire
VSB #23476
William M. Savage, Esquire
VSB #26155
Malcolm B. Savage, III, Esquire
VSB #91050
Thomas J. Gartner, Esquire
VSB #79340
Mary F. Balthasar Lake, Esquire
VSB #34899
Renee Dyson, Esquire
VSB #93282
SHAPIRO & BROWN, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800
18-272477